Submitted on briefs September 9, affirmed October 15, 1952

## BOICE *v.* BOICE
### 248 P. 2d 1069

In Banc

*C. G. Schneider,* of Portland, for appellant.

*Millen F. Kneeland* and *Maurice C. Corcoran,* of Portland, for respondent.

PER CURIAM.

Plaintiff brought action on two causes: (1) for money had and received and (2) for conversion of

personal property. Defendant answered, setting up three counterclaims. Trial was had before the court without a jury. From a judgment in favor of the defendant in the amount of $500, plaintiff appeals.

Plaintiff's sole assignment of error reads: "In finding for defendant-respondent in the face of a total failure of proof of a contract as alleged in his counterclaim."

We find in the record no basis for evaluating this assignment.

■ A transcript of the testimony, certified by the court reporter but not authenticated by the trial judge, is filed but no bill of exceptions. A transcript thus certified but not authenticated is insufficient to constitute a bill of exceptions or to give the court jurisdiction to consider any question pertaining to the testimony in the case. *Larsen v. Martin,* 172 Or 605, 143 P2d 239; *Wallowa Land Co. v. McGaffee,* 160 Or 298, 299, 84 P2d 1116, and cases there cited.

■ In the absence of such a bill, the only questions that can be considered on appeal are the sufficiency of the pleadings, the findings of the trial court or whether the pleadings or findings support the judgment. *La Grande Air Service v. Tyler et al.,* 193 Or 329, 330, 237 P2d 503, and cases there cited.

The judgment is affirmed.